*E-Filed 6/22/11*

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| USA SUNSET MEDIA 3, LLC, et al., | Case No. 11-CV-00654-RS |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | |
| U.S. ADVISOR, LLC, et al., | CURRENT DATE: June 30, 2011<br>[PROPOSED] NEW DATE: July 28, 2011 |
| Defendants. | |

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Having reviewed the stipulation of the parties to continue the Case Management Conference
2  currently scheduled for June 30, 2011, and good cause appearing therefore, **IT IS HEREBY**
3  **ORDERED** that the Case Management Conference shall be continued to July 28, 2011, at 10:00 a.m.,
4  in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Ave., San
5  Francisco, California 94102.

6  **IT IS SO ORDERED.**

10  Dated: 6/22/11

_____
Hon. Richard Seeborg
United States District Judge

- 1 -
[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 11-CV-00654-RS
LA 129,683,653v1 045443.010800