1  JEREMY SUGERMAN (Bar No. 146315)
   sugerman@gkhs.com
2  **GORDON-CREED, KELLEY,**
    **HOLL & SUGERMAN, LLP**
3  222 Kearny Street, Suite 650
   San Francisco, CA 94108
4  Telephone: (415) 421-3100
   Facsimile: (415) 421-3150
5  *Attorneys for Plaintiffs*

6  ERIC V. ROWEN (SBN 106234)
   rowene@gtlaw.com
7  ROBERT J. HERRINGTON (SBN 234417)
   herringtonr@gtlaw.com
8  **GREENBERG TRAURIG, LLP**
   2450 Colorado Avenue, Suite 400E
9  Santa Monica, California  90404
   Telephone: (310) 586-7700
10 Facsimile: (310) 586-7800
   *Attorneys for Defendants,*
11 *CB Richard Ellis Investors, L.L.C., CB Richard*
   *Ellis Investors/U.S. Advisor, LLC, USA Sunset*
12 *Media, LLC, USA Sunset Media Management,*
   *LLC, and Gavin Hinze*

13 MICHAEL W. CASPINO (SBN 171906)
   Mcaspino@bvrclaw.com
14 RAVI SUDAN (SBN 146858)
   Rsudan@bvrclaw.com
15 **BRADY, VORWERCK, RYDER & CASPINO**
   One City Blvd. West, 18th Floor
16 Orange, California 92868
   Telephone: (714) 703-2111
17 Facsimile: (714) 703-2121
   *Attorneys for Defendants,US Select Securities, LLC,*
18 *Strategic Capital Holdings LLC (formerly US*
   *Commercial, LLC), US Advisor, LLC, H. Michael*
19 *Schwartz, Kevin Fitzgerald, Paula Mathews, and Glenn*
   *McCrae*

20

## UNITED STATES DISTRICT COURT

21

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

22

| | |
|---|---|
| 23  USA SUNSET MEDIA 3, LLC, et al., | CASE NO.  CV-11-0654-RS |
| 24          Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA** |
| 25  v. | |
| 26  U.S. ADVISOR, LLC, et al., | |
| 27          Defendants. | |

28

STIPULATION AND [PROPOSED] ORDER TO      -1-              Case No. CV-11-0654-RS
TRANSFER VENUE TO THE CENTRAL
DISTRICT OF CALIFORNIA

LA 129,686,999v2

**STIPULATION**

WHEREAS, on or about February 11, 2011, this action was filed with the Northern District of California, San Francisco Division as Case No.3:11-cv-00654-JCS;

WHEREAS, the property that is the subject of Plaintiffs' Complaint is located in Los Angeles, California;

WHEREAS, all parties agree that, for the convenience of witnesses and all parties, the action should be transferred to the Central District of California;

WHEREAS, all parties also agree that Defendants' responsive pleading in this matter shall be due 60 days after the transfer is effectuated.

**IT IS HEREBY STIPULATED** by and between the parties to the above-entitled action, through their respective counsel, that, pending Court approval, this action shall be transferred to the Central District of California, and Defendants' responsive pleading in the matter shall be due 60 days after the entry of the Court's Order on this Stipulation.

Dated: July 20, 2011  GREENBERG TRAURIG, LLP

By: /s/ Robert J. Herrington
*Attorneys for Defendants, CB Richard Ellis Investors, L.L.C., CB Richard Ellis Investors/U.S. Advisor, LLC, USA Sunset Media, LLC, USA Sunset Media Management, LLC, and Gavin Hinze*

Dated: July 20, 2011  BRADY, VORWERCK, RYDER & CASPINO

By: /s/ Ravi Sudan
*Attorneys for US Select Securities, LLC, Strategic Capital Holdings LLC (formerly US Commercial, LLC), US Advisor, LLC, H. Michael Schwartz, Kevin Fitzgerald, Paula Mathews, and Glenn McCrae*

Dated: July 20, 2011  GORDON-CREED, KELLEY, HOLL & SUGERMAN, LLP

By: /s/ Jeremy Sugerman
*Attorneys for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA    -2-    Case No. CV-11-0654-RS

LA 129,686,999v2

1  I, Robert J. Herrington, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Jeremy Sugerman of Gordon-Creed, Kelley, Holl & Sugerman, LLP, counsel for Plaintiffs, and Ravi Sudan of Brady, Vorwerck, Ryder & Caspino, counsel for Defendants US Select Securities, LLC, Strategic Capital Holdings LLC (formerly US Commercial, LLC), US Advisor, LLC, H. Michael Schwartz, Kevin Fitzgerald, Paula Mathews, and Glenn McCrae, have concurred in this filing.

Dated: July 20, 2011                     /s/ *Robert J. Herrington*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: __7/26/11_____              _____
                                       ~~Hon. Richard Seeborg~~
                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER TO        -3-        Case No. CV-11-0654-RS
TRANSFER VENUE TO THE CENTRAL
DISTRICT OF CALIFORNIA

LA 129,686,999v2